IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JILLANN OLVERA | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:13-cv-00011 |
| | § | |
| v. | § | JURY DEMAND |
| | § | |
| MCROBERTS PROTECTIVE AGENCY, INC. D/B/A MCROBERTS MARITIME SECURITY | § § § | |
| | § | |
| Defendant. | § | |

## ORDER APPROVING SETTLEMENT

On this date, the Court considered the Plaintiff's Motion for Approval of Settlement. The Court, noting that Jillann Olvera and Intercruises Shoreside and Port Services, Inc. have agreed upon the terms and conditions of the Settlement Agreement and that the Jillann Olvera, through counsel, has asserted that settlement is in the best interest of the Plaintiff Jillann Olvera, finds as follows:

It is hereby ORDERED that the Settlement Agreement entered into by Jillann Olvera relating to Intercruises Shoreside and Port Services, Inc. (hereinafter "Intercruises") in the above-captioned case is hereby APPROVED.;

The Settlement, Jillann Olvera's Motion, the filing of the Settlement, and/or this Order or other Orders and Dismissals do not constitute an appearance of Intercruises or a submission to this courts' jurisdiction by Intercruises.

SIGNED this 10th day of February, 2014 at Galveston, Texas.

_____
Gregg Costa
United States District Judge