IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JILLANN OLVERA<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-00011 |
| | § | |
| McROBERTS PROTECTIVE<br>AGENCY, INC. d/b/a McROBERTS<br>MARITIME SECURITY | §<br>§<br>§ | JURY DEMAND |

### ORDER GRANTING
### PLAINTIFF'S FRCP 41 DISMISSAL OF ALL ACTIONS AGAINST DEFENDANTS WITH PREJUDICE

ON THIS DAY, Plaintiff's FRCP 41 DISMISSAL OF ALL ACTIONS AGAINST DEFENDANTS WITH PREJUDICE was considered, and the Court, having read the Motion and considered the same, is of the opinion that such Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff's MOTION FOR NON SUIT WITH PREJUDICE AS TO HER CLAIMS AGAINST Defendant McROBERTS PROTECTIVE AGENCY, INC. d/b/a McROBERTS MARITIME SECURITY, be granted, and that this cause be and it is hereby dismissed with prejudice, and that costs incurred in this cause be borne by the party incurring same.

SIGNED this 2nd day of July, 2014.

JUDGE PRESIDING